DATE: July 5, 2023

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Michael Melvin Fary*
   *v. Commonwealth of Virginia*
   Record No. 1079-21-2
   En banc opinion rendered by Judge Humphreys on
   April 18, 2023

2. *Shiye Qiu*
   *v. Chaoyu Huang, Anna Ouspenskaya and*
   *Arlene Starace*
   Record No. 0459-22-4
   Opinion rendered by Chief Judge Decker on
   April 18, 2023

3. *Marcus C. Holman, s/k/a Marcus Cleophus Holman*
   *v. Commonwealth of Virginia*
   Record No. 0629-22-2
   Opinion rendered by Judge Ortiz on
   April 18, 2023

4. *Keith Elwood Hargrove*
   *v. Commonwealth of Virginia*
   Record No. 1351-21-2
   Opinion rendered by Judge O'Brien on
   May 2, 2023

5. *Tiziano M. Scarabelli, M.D.*
   *v. Kenneth Ellenbogen, M.D., Antonio Abbate, M.D.,*
   *Stephanie Call, M.D. and MCV Associated Physicians*
   Record No. 0421-22-2
   Opinion rendered by Judge Ortiz on
   May 2, 2023

6. *John E. Nestler, M.D. and Stephanie Call, M.D.*
   *v. Tiziano M. Scarabelli, M.D., Harris D. Butler, III and*
   *Butler Curwood, PLC*
   Record No. 0497-22-2
   Opinion rendered by Judge Ortiz on
   May 2, 2023

7. *Eleanor A. Hunter, Individually and as Trustee of the*
   *Third Amended and Restated Theresa E. Hunter*
   *Revocable Living Trust Agreement,*
   *Second Amended and Restated Charles M. Hunter*
   *Revocable Living Trust Agreement and*
   *Shannon Brodrick Hunter Trust*
   *v. Charles M. Hunter, Jr.*
   Record No. 0555-22-1
   Opinion rendered by Judge Raphael on
   May 2, 2023

8. *Margaret Williams*
   *v. Pamela Legere, Catherine Allport,*
   *Tom Mainor, Tina Reitzel and*
   *The City of Williamsburg*
   Record No. 1225-22-1
   Opinion rendered by Judge White on
   May 2, 2023

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Markquall Antwoine Canada*
   *v. Commonwealth of Virginia*
   Record No. 1105-21-3
   Opinion rendered by Judge Humphreys
     on August 30, 2022
     Refused (220606)

2. *Jaquan Ramone Brown*
   *v. Commonwealth of Virginia*
   Record No. 0722-21-3
   Opinion rendered by Judge Friedman
     on September 6, 2022
     Refused (220632)